1
2
3                    UNITED STATES DISTRICT COURT
4                          DISTRICT OF NEVADA
5
6    GARRICK BROWN,                          Case No.: 2:24-cv-01951-CDS-NJK
             Plaintiff,
7                                                       **ORDER**
             v.
8    WARDEN CHILDERS,
9            Defendant.
10

11        On October 18, 2024, *pro se* plaintiff Garrick Brown, an inmate in the custody of the

12   Nevada Department of Corrections, submitted a complaint under 42 U.S.C. § 1983.  Docket No. 1-

13   1.  Plaintiff has neither paid the $405 filing fee for this matter nor filed an application to proceed

14   *in forma pauperis*.  *See* Docket No. 1.

15        The United States District Court for the District of Nevada must collect filing fees from

16   parties initiating civil actions.  28 U.S.C. § 1914(a).  As of December 1, 2023, the fee for filing a

17   civil-rights action is $405, which includes the $350 filing fee and the $55 administrative fee.  *See*

18   28 U.S.C. § 1914(b).  "Any person who is unable to prepay the fees in a civil case may apply to

19   the court for leave to proceed *in forma pauperis*."  LSR 1-1.  For an inmate to apply for *in forma*

20   *pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a

21   completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the

22   Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed

23   **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by

24   both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust**

25   **fund account statement for the previous six-month period**.  *See* 28 U.S.C. § 1915(a)(1)–(2);

26   LSR 1-2.  *In forma pauperis* status does not relieve an inmate of his or her obligation to pay the

27   filing fee, it just means that the inmate can pay the fee in installments.  *See* 28 U.S.C. § 1915(b).

28

1     Accordingly, for the reasons stated above,

2     IT IS ORDERED that, no later than **December 31, 2024**, Plaintiff must either pay the full

3   $405 filing fee or file a fully complete application to proceed *in forma pauperis* with all three

4   required documents: a completed application with the inmate's two signatures on page 3; a

5   completed financial certificate that is signed both by the inmate and the prison or jail official; and

6   a copy of the inmate's trust fund account statement for the previous six-month period.

7     IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this

8   action will be subject to dismissal without prejudice.  A dismissal without prejudice allows

9   Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a

10  complete application to proceed *in forma pauperis* or pay the required filing fee.

11    The Clerk of the Court is **INSTRUCTED** to send Plaintiff Garrick Brown the approved

12  form application to proceed *in forma pauperis* for an inmate and instructions for the same and

13  retain the complaint, Docket No. 1-1, but not file it at this time.

14    IT IS SO ORDERED.

15    DATED:  October 31, 2024.

16

17

18    _____
      NANCY J. KOPPE
      UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28